FILED
January 3, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>v.   )<br>  )<br>STACY HUNTER,   )<br>  )<br>Defendant.   ) | Case No. 2:08MJ0003-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  STACY HUNTER , Case No.  2:08MJ0003-GGH , Charge  SUPERVISED RELEASE VIOLATION , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __  Release on Personal Recognizance

 __  Bail Posted in the Sum of $__

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   ✔  (Other)    Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 3, 2008  at  2:00 pm .

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge

Copy 5 - Court